UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARKER FREELAND, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

IRIDIUM WORLD COMMUNICATIONS, LTD., et. al.,

    Defendants.

Civil Action No. 99-1002 (consolidated) (NKL)

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a trial by jury.

XX    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to, and as set forth more fully in, the Order and Final Judgment (Individual Defendants Settlement), Order and Final Judgment (Motorola Settlement), and Order and Final Judgment (Underwriter Defendants Settlement) entered by the Honorable Nanette K. Laughrey on October 22, 2008 ("October 22 Orders"): the Settlements with the Individual Defendants, Motorola, and Underwriter Defendants are approved as fair, reasonable, and adequate.  The Complaint is hereby dismissed with prejudice as provided in the October 22 Orders.  Fees, costs and expenses are awarded as set forth in the October 22 Orders.

Dated: October 22, 2008        NANCY MAYER
                                        Clerk of Court

                                        s/ RENEA KANIES
                                        By: Renea Kanies, Courtroom Deputy